# UNITED STATES DISTRICT COURT

SOUTHERN　　　　DISTRICT OF　　　　CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

SALVADOR PONCE-GARCIA,

　　　　Defendant.

**APPEARANCE**

Case Number: 08MJ0392

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for

　　SALVADOR PONCE-GARCIA

　　I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/12/2008 | /s/ SHAFFY MOEEL |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD — 238732 |
| | Print Name / Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City / State / Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number / Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 12, 2008                    /s/ Shaffy Moeel
                                            SHAFFY MOEEL
                                            Federal Defenders of San Diego, Inc.
                                            225 Broadway, Suite 900
                                            San Diego, CA 92101-5030
                                            (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
                                            e-mail: Shaffy_Moeel@fd.org